THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES H. TOPPING, Respondent, v. LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Topping* v. *Purdy*, 143 App. Div. 389, affirmed.
(Argued April 25, 1911; decided May 9, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1911, which affirmed an order of Special Term reducing an assessment against certain real property of the relator for purposes of taxation.

*Archibald R. Watson, Corporation Counsel (Curtis A. Peters* of counsel), for appellants.

*Merle I. St. John* and *A. Wheeler Palmer* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: GRAY, J.